IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:03-CR-00067-F-1
No. 7:15-CV-00167-F

| | | |
|---|---|---|
| WILLIE ALLEN, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court *sua sponte*. On August 6, 2015, Willie Allen filed his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-30]. The court directed the Government to respond within forty days. On September 28, 2015, the Government filed a Motion to Dismiss [DE-35]. On October 26, 2015, Allen filed a response in opposition [DE-38]. On December 4, 2015, an attorney with the Federal Public Defender's office entered a limited notice of appearance pursuant to Standing Order 15-SO-02. On December 29, 2015, the attorney moved to withdraw and requested the appointed of another attorney. On January 8, 2016, CJA panel attorney Leza Lee Driscoll entered a notice of appearance pursuant to Standing Order 15-SO-02. Driscoll has not made a filing on behalf of Allen or moved to withdraw, and well over a month has elapsed. Within fifteen days hereof, Driscoll is to file something on Allen's behalf or move to withdraw.

SO ORDERED.

This the 25 day of February, 2016.

James C. Fox
Senior United States District Judge